IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00994-RPM

MARY LOPEZ, Mother and Next of Kin for
ROSALIO A. LOPEZ (deceased),

    Plaintiffs,

v.

THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS;
SHEILA MAUREEN HELMS;
DANTE OLIVER LANGSTON;
REBECCA K. ROMANO;
WAHEED GUL;
MICHAEL WALSH;
ANITA BLOOR;
JOHN BLOOR;
DONALD LAWSON;
JOE ORTIZ;
JOHN and JANE DOE's 1-10, (whose true identities are unknown at this time);
All in their individual and official capacities,

    Defendants.

_____

ORDER RESCHEDULING HEARING
_____

  Due to a court conflict, it is

  ORDERED that the motion to withdraw set for hearing on September 23, 2005, is **rescheduled** for **October 28, 2005, at 10:00 a.m.** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  **Plaintiff Mary Lopez must be**

**present for the hearing.**

DATED: September 21st, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE BY U.S. MAIL

     I hereby certify that on September _____, 2005, a copy of the attached order was mailed to:

Mary Lopez
335 C.R. 328
Ignacio, CO 81137

                GREGORY C. LANGHAM, CLERK

                    s/Leslie A. Martin
        By_____
                      Deputy