IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00994-RPM

MARY LOPEZ, Mother and Next of Kin for
ROSALIO A. LOPEZ (deceased),

        Plaintiffs,

v.

THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS;
SHEILA MAUREEN HELMS;
DANTE OLIVER LANGSTON;
REBECCA K. ROMANO;
WAHEED GUL;
MICHAEL WALSH;
ANITA BLOOR;
JOHN BLOOR;
DONALD LAWSON;
JOE ORTIZ;
JOHN and JANE DOE's 1-10, (whose true identities are unknown at this time);
All in their individual and official capacities,

        Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW AND FOR EXTENSION OF TIME FOR SERVICE OF PROCESS
_____

Pursuant to the Hearing held today at which Thomas Blumenthal appeared as attorney for the plaintiff and explained the bases for his motion to withdraw as counsel for the plaintiff, who was not present, and also explaining the delay in the service of process of the summons and complaint in this case, filed May 31, 2005, it is now

ORDERED that the motion to withdraw is granted.  Thomas Blumenthal has no further responsibility for representation of the plaintiff is this civil action.  It is

FURTHER ORDERED that pursuant to Fed.R.Civ.P. 4(m), the time for service of the summons and complaint upon all defendants is extended to and including December 5, 2005.  It is

FURTHER ORDERED that if returns of service are not filed on or before that date, this civil action will be dismissed, without prejudice as to any defendants not served.  It is

FURTHER ORDERED that notice of this order shall be given by mail to Mary Lopez at her address of record.

DATED: October 28th, 2005.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE BY U.S. MAIL

      I hereby certify that on October 28th, 2005, a copy of the attached order was mailed to:

Mary Lopez  
335 C.R. 328  
Ignacio, CO 81137

                GREGORY C. LANGHAM, CLERK

                    s/Leslie A. Martin  
      By_____  
                    Deputy