IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00994-RPM

MARY LOPEZ, Mother and Next of Kin for
ROSALIO A. LOPEZ (deceased),

        Plaintiffs,

v.

THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS;
SHEILA MAUREEN HELMS;
DANTE OLIVER LANGSTON;
REBECCA K. ROMANO;
WAHEED GUL;
MICHAEL WALSH;
ANITA BLOOR;
JOHN BLOOR;
DONALD LAWSON;
JOE ORTIZ;
JOHN and JANE DOE's 1-10, (whose true identities are unknown at this time);
All in their individual and official capacities,

        Defendants.
_____

ORDER FOR DISMISSAL
_____

On October 28, 2005, this Court entered an order extending the time for service of the summons and complaint upon all defendants to December 5, 2005, and that failure to complete service would result is dismissal of this action. Nothing further has been filed with the court. It is therefore

ORDERED that this civil action is dismissed without prejudice.

DATED: March 23, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

CERTIFICATE OF SERVICE BY U.S. MAIL

      I hereby certify that on March 23, 2006, a copy of the attached order was mailed to:

Mary Lopez
335 C.R. 328
Ignacio, CO 81137

                    GREGORY C. LANGHAM, CLERK

                        s/Leslie A. Martin

             By_____
                         Deputy